IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

John A Lynn SR
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:    PRISONER # _____

vs.

Zanesville Police Department "et al.",
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

**COMPLAINT**

I.   PARTIES TO THE ACTION:

   PLAINTIFF:   PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE NUMBER IS REQUIRED.

   John A. Lynn SR
   NAME - FULL NAME PLEASE - PRINT

   608 Nancy AVE
   ADDRESS: STREET, CITY, STATE AND ZIP CODE

   Zanesville OH 43701

   220-203-5425
   TELEPHONE NUMBER

   IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES, ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE WITH THIS FORM.

   PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

- A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

- B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

    1. PARTIES TO THIS PREVIOUS LAWSUIT

        PLAINTIFFS:

        _____
        _____
        _____

        DEFENDANTS:

        _____
        _____
        _____

    2. COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)

        _____

    3. DOCKET NUMBER

        _____

    4. NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        _____

    5. DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        _____

    6. APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        _____

    7. APPROXIMATE DATE OF THE DISPOSITION

        _____

PLACE OF PRESENT CONFINEMENT

A. IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION? YES ( ) NO (X)

B. DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE? YES ( ) NO (X)

C. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?

   2. WHAT WAS THE RESULT?

D. IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

   I was in Zanesville city jail and when I attempted to make a complaint I was verbally attacked by several officers in booking.

E. IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES? YES (X) NO ( )

F. IF YOUR ANSWER IS YES:

   1. WHAT STEPS DID YOU TAKE?

   I attempted to talk to several officers and again was verbally attacked. My sister called Sgt Hankos who made jokes about it.

   2. WHAT WAS THE RESULT?

   No results

-3-

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. Zanesville City Jail "et al;"
   NAMES - FULL NAME PLEASE

   ADDRESS - STREET, CITY, STATE AND ZIP CODE
2. Srgt Mantoos Zanesville City Jail

3. 

4. 

5. 

6. 

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

## STATEMENT OF CLAIM

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

On July 19th 2019 I was arrested at my home at 1062 Brandywine by Zanesville City Police for tresspassing in a habitation. I was taken to police station through the Sally Port to booking. I had about 3 beers and 2 Zanax this day, but I did not do NO other substances. I was arrested around 3:45pm. Once in booking I argued with a few correction officers about changing and putting my hands on top of the desk, at that time they started yelling and threatening me — If I didn't cooperate there would be problems. They continued to threaten me for a couple hours coming at me. The next thing I remember is waking up in a cell with staples in my head. (7 staples) I asked who did it again about 5-7 CO's come toward me yelling and threatening me again backing me into my cell. They tried telling my sister when she

called that I fell then she talked to SRgt Lambos and he made joke's saying I tripped over a horse. also saying I fell over toys at home. SRgt Lambos told my Sister (Talena Morrison) to Go to records and Look at video of what happened. When she went to Records she was threatened to be arrested by Det. Andrews also followed outside threatening her Not to come back. I did not fall Nor did I overdose 5 hours after being booked in. I was beaten In Jail. I continue to have dizziness and migraines.

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I want the court to take action against the Jail and everyone Involved. I want to be Compensated for my Injury and Continued Problems from this assault.

SIGNED THIS 9th DAY OF November 2020.

_John Lynn Sr_
SIGNATURE OF PLAINTIFF