UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN A. LYNN, SR.,

    Plaintiff,

v.                            Civil Action 2:20-cv-5917
                            Chief Judge Algenon L. Marbley
                            Magistrate Judge Chelsey M. Vascura

ZANESVILLE POLICE DEPARTMENT,
*et al.*,

    Defendants.

## ORDER

Plaintiff, John A. Lynn, Sr., who is proceeding without the assistance of counsel, brings this action against the Zanesville Police Department and its employee Sergeant Lambos, seeking compensatory damages. The undersigned previously recommended dismissal of Plaintiff's current claims against the Zanesville Police Department and Sergeant that Plaintiff be permitted to amend his Complaint to name as Defendants the officers who allegedly assaulted him, and that he be permitted to commence expedited discovery under Federal Rule of Civil Procedure 26(d)(1) to learn the identities of those officers. (ECF No. 3.)

Plaintiff has now filed a Motion for Release of Evidence, in which he seeks copies of any video tape recorded while he was in the custody of the Zanesville Police Department from July 19, 2020 to July 23, 2020. (ECF No. 4.) The Court construes this as a motion for leave to serve a subpoena duces tecum on the Zanesville Police Department under Rule 26(d)(1), and, for good cause shown, the Motion (ECF No. 4) is **GRANTED**. The Clerk is **DIRECTED** to mail a copy of Form AO 088B (Subpoena to Produce Documents, Information, or Objects or to Permit

Inspection of Premises) to Plaintiff. Upon Plaintiff's filing of a completed Form AO 088B with the Court, the Clerk is **DIRECTED** to issue the subpoena, and the United States Marshal is **DIRECTED** to serve by certified mail the subpoena on the Zanesville Police Department.

    **IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE